AMERICAN SAFETY TABLE COMPANY, Inc., Plaintiff-Appellee,

v.

Joseph SCHREIBER and David Goldberg, individually and as partners trading as Schreiber & Goldberg, Defendants-Appellants.

No. 426, Docket 26987.

United States Court of Appeals Second Circuit.

Submitted July 12, 1961.

Decided Aug. 24, 1961.

Leon Edelson, Philadelphia, Pa. (Keith, Bolger, Isner & Byrne, New York City, on the brief), for plaintiff-appellee.

Charles Sonnenreich, New York City, for defendants-appellants.

Before LUMBARD, Chief Judge, and MEDINA and MOORE, Circuit Judges.

PER CURIAM.

Defendants Schreiber and Goldberg appeal from the interlocutory judgment entered on April 26, 1961, in compliance with the directions given by us in disposing of the last appeal by Schreiber and Goldberg, and denying their petition for rehearing. American Safety Table Company v. Schreiber, 2 Cir., 1961, 287 F.2d 417. We will not further modify the terms of the injunction. Affirmed with costs to Amco.

Dorothy Mae Flood LOWE et al., Appellants,

v.

UNITED STATES of America, Appellee.

No. 18721.

United States Court of Appeals Fifth Circuit.

Aug. 29, 1961.

Henry K. Van Every, Columbus, Miss., for appellants.

Morton Hollander, Mark R. Joelson, Ronald A. Jacks, Attys., Dept. of Justice, Washington, D. C., for appellee.

Before RIVES, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

This action by the next of kin of James Flood seeks recovery for his death against the United States of America. The court below granted appellee's motion for summary judgment and entered judgment dismissing the action with prejudice. We think that the court correctly granted the motion for summary judgment, and that its opinion[1] correctly sets forth the facts and the law applicable thereto and decides correctly the questions raised. And cf. Posegate v. United States, 9 Cir., 1961, 288 F.2d 11.

On the basis of the lower court's opinion, the judgment appealed from is

Affirmed.

1. Lowe et al. v. United States, D.C.Miss.1960, 185 F.Supp. 189.